

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00186-CV

———————————————

STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,
Appellant

V.

CHACON AUTOS, LTD., Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV2024-04218

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 22, 2025